Khosrow **MOGHADAM,** Plaintiff–Appellant,

v.

**SAFEWAY, INCORPORATED,** Defendant–Appellee.

No. 02–1524.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Khosrow Moghadam, Appellant Pro Se. Margarita D. Santos, Littler Mendelson, Washington, D.C., for Appellee.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Khosrow Moghadam appeals the district court's judgment granting Safeway, Incorporated's motion to dismiss and dismissing the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Moghadam v. Safeway, Inc.,* No. CA–02–185–A (E.D. Va. filed Apr. 16, 2002; entered Apr. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*